## JACKSON v. AUGUSTA SOUTHERN RAILROAD COMPANY.

EVANS, J. In order to render a promissory note a sealed instrument, it must be so recited in the body of the note. The mere addition of a seal after the signature of the maker is insufficient. Civil Code, § 3765; *Chambers* v. *Kingsberry*, 68 *Ga.* 828; *Ridley* v. *Hightower*, 112 *Ga.* 479; *Echols* v. *Phillips*, 112 *Ga.* 700.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Argued June 8,—Decided July 3, 1906.

Complaint.    Before Judge Hammond.    Richmond superior court.    October 19, 1905.

*George T. Jackson,* for plaintiff.

*Joseph B. & Bryan Cumming,* for defendant.

---

## HALL v. SIMMONS.

COBB, P. J. 1. While delivery is essential to the completion of a gift of personalty, actual manual delivery is not required. Constructive or symbolic delivery is sufficient under certain circumstances. When it appears that the donor has relinquished all dominion and control over the property as owner and parted absolutely with title, the mere fact that the donee allows possession to remain with the donor will not necessarily defeat the gift. *Harrold* v. *Nicholson*, 119 *Ga.* 458, and citations.

2. When in the trial of an action of trover it appears that prior to the institution of the suit the plaintiff had parted with the title to property involved, it is not erroneous to grant a nonsuit at the conclusion of the plaintiff's evidence.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted June 11,—Decided July 3, 1906.

Certiorari.    Before Judge Seabrook.    Effingham superior court.    November 14, 1905.

*J. Hartridge Smith,* for plaintiff.